ROBERT P. CHANDLER and Others, Plaintiffs, v. HOLLIS. L. POWERS, Assignee, etc., and Others, Defendants.

*Action to annul a general assignment — creditors who are preferred in it are entitled to be made parties to it — Code of Civil Procedure, sec. 452.*

Appeal from an order denying a motion, made on behalf of the appellants, to be allowed to become parties defendant in the action.

The court at General Term said: " The applicants are preferred creditors in a general assignment which it is the object of this action to annul. They have a direct and specific lien upon property form-

ing the subject of the assignment, and therefore are interested in maintaining it. They are interested in the subject-matter of the action within the plain meaning of the terms used in section 452 of the Code of Civil Procedure.

The order should have allowed them to be made parties for the protection of that interest."

*Randall & Deshon,* for the petitioners, H. B. and James Murchie, appellants.

*Nelson Smith,* for the plaintiffs, respondents.

Opinion *Per Curiam.*

Present — DAVIS, P. J., BRADY and DANIELS, JJ.

Order reversed and prayer of petition granted, costs to abide event of action.